DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DEIDRE RAYNELL ROBINSON** n/k/a **DEIDRE RAYNELL BUTLER,**
Appellant,

v.

**KENNY ROBINSON,**
Appellee.

No. 4D22-1372

[February 16, 2023]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Victoria L. Griffin, Judge; L.T. Case No. 2008DR002390.

Chet E. Weinbaum of Law Office of Chet E. Weinbaum, Fort Pierce, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, GERBER and FORST, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***